RONALD O. KAYE (No.145051)
KEVIN J. LaHUE (No. 237556)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com
kevinlahue@gmail.com

Attorneys for Plaintiff,
FRANK LUCERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LUCERO,<br><br>        Plaintiff<br>    vs.<br><br>DR. HOAN NGUYEN, DR. MUHAMMAD FAROOQ, WARDEN MIKE POULOS, MEDICAL ANALYST C. COLLIER, DOES 1 through 10, inclusive,<br><br>        Defendants, | CASE NO. CV 09-02151 GAF (AGRx)<br><br>**STIPULATION TO VACATE SCHEDULED DATES DUE TO RESIGNATION OF PLAINTIFF'S CORRECTIONAL MEDICINE EXPERT; SCHEDULING OF HEARING ON MOTION RE: WITNESS INTIMIDATION / BAD FAITH FOR APRIL 25, 2011; REQUEST FOR STATUS CONFERENCE ON THAT DATE; DECLARATION OF PLAINTIFF'S COUNSEL; EXHIBITS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Frank Lucero, through his counsel, Ronald O. Kaye and Kevin J. LaHue, and Defendants Dr. Hoan Nguyen, Dr. Muhammad Farooq, Warden Mike Poulos and Medical Analyst C. Collier, through their counsel of record, Robert E. Murphy, that all scheduled dates pertaining to this litigation, other than the non-expert discovery cut off, be vacated based on the resignation of Plaintiff's lead expert, Dr. Vache Chakmakian.

\\

\\

Plaintiff requests that the Court set a hearing on Plaintiff's Motion on witness intimidation / bad faith for April 25, 2011 – the previously scheduled hearing date for all motions on this case – and simultaneously hold a status conference reflecting the scheduling of this litigation. The Defendants stipulates to the setting of the status conference date and the date for the hearing on Plaintiff's motion, but intends to file an opposition to the motion. Plaintiff also will request an evidentiary hearing on the issue of witness intimidation / bad faith at the April 25, 2011 hearing.

This request for continuance is both necessary and fair based on the resignation of Plaintiff's lead expert, Dr. Vache Chakmakian, whose report is attached hereto at Exhibit A. Dr. Chakmakian resigned as Plaintiff's expert on March 16, 2011, as reflected in his letter of resignation attached hereto at Exhibit D. Dr. Chakmakian resigned based on the Cease and Desist letter from a representative of the California Department of Corrections, the Chief Executive Officer of Ironwood State Prison, where Dr. Chakmakian is employed as a primary care physician. *See* Exhibit C. As demonstrated in the chronology of events attached hereto in the declaration of counsel, and memorialized in Dr. Chakmakian's e-mail to Plaintiff's counsel at Exhibit B, Plaintiff will argue by motion that the Cease and Desist letter constitutes witness intimidation and bad faith on the part of the Attorney General and the CDCR.

Plaintiff cannot proceed under the present schedule without his lead expert. Unless Dr. Chakmakian should reconsider his decision to resign as Plaintiff's expert after the proposed motion, Plaintiff needs to find a substitute expert to review the discovery materials. Further, Plaintiff cannot adequately respond to summary judgment motions filed by the Defendants without a correctional medical expert challenging the factual and legal issues which presumably will be presented in Defendants' motions.

\\

1     This request for continuance is not the result of a lack of diligence on the
2 part of the parties.  As of the filing of this Stipulation, all non-expert discovery has
3 been completed, other than the request for production by Defendant Dr.
4 Muhammad Farooq ordered by the Court to be produced on March 28, 2011.

6     IT IS SO STIPULATED.

7                                   Respectfully submitted,

9 DATED: March 17, 2011         By     /S/
                                        RONALD O. KAYE
10                                         Attorney For Plaintiff
                                        FRANK LUCERO

13 DATED: March 17, 2011         By     /S/
                                        ROBERT E. MURPHY
14                                         Attorney for Defendants
                                        Dr. Hoan Nguyen,
15                                         Dr. Muhammad Farook,
                                        Warden Mike Poulos and
16                                         Medical   Analyst C. Collier