# Ronald Kaye

| | |
|---|---|
| From: | vache chakmakian [vchakmakian@hotmail.com] |
| Sent: | Tuesday, September 14, 2010 8:17 PM |
| To: | Ronald Kaye |

Hello Mr. Kaye,
Just a follow up from my phone call today, that I finally got CEO okay that I may proceed with all my outside consultations.
He is aware of this case and says there is no conflict of interest.
Keep me posted.
Thanks.
Dr. Chakmakian