STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
IRONWOOD STATE PRISON
19005 Wiley's Well Road
P.O. Box 2229
Blythe, CA 92226-2229



March 14, 2011

Vache Chakmakian
78055 Red Hawk Lane
La Quinta, CA 92253

Subject:  Expert Witness Services Cease And Desist Notice, Frank Lucero v. Nguyen, et. al.

This letter serves as notification that you are in violation of the California Code of Regulations, Section 3414, which states, "*Consulting or testifying as a specialist or expert witness, based on expertise gained in the course of their duties, in any administrative, civil, or criminal proceedings without having given reasonable notice, as defined in section 3413(a)(10)(A), to the chief deputy general counsel of the office of legal affairs.*"  Additionally, you are in violation of Section 3413(b), which states, "*Before engaging in any outside employment, activity or enterprise, including self employment, the employee must submit a written statement to his or her division administrator, or to the warden or superintendent, naming the prospective employer, if any, the employer's address and phone number, and an outline of the proposed duties or activities.  This must be in sufficient detail to enable to division administrator or the warden or the superintendent to determine whether the proposed activity falls in the prohibited class.  The division administrator or the warden or the superintendent must notify the employee of the findings.*

Based on the above information, you are directed to immediately cease and desist all activities in offering your services as an expert witness in the case of Frank Lucero v. Nguyen, et. al., or in any other litigation matter, whether civil, criminal or administrative without first complying with the requirements of Title 15, Section 3413, and any other applicable rules, regulations or laws.

ERIC ANDERSSON
Chief Executive Officer
Ironwood State Prison