Vache Chakmakian, MD
17 Santa Rosa Mtn.
Rancho Mirage, CA 92270
805-714-0122

March 16, 2011

To Law Offices of Kaye, et al

Dear Mr. Kaye,
Due to conflict of interest, I must withdraw immediately, and cannot testify as an expert witness in the case of Lucero v. Ngyuen.

Respectfully,

V. Chakmakian, MD